■ Joseph M. Katz, Appellant, v Zurich Insurance Company et al., Respondents.—In an action for breach of contract, plaintiff appeals (1) from an order of the Supreme Court, Nassau County, dated November 21, 1974, which denied his motion to (a) increase the amount of punitive damages demanded in his complaint from $1,500 to $1,500,000 and (b) remove the action from the Civil Court of the City of New York to the Supreme Court, Nassau County and (2) as limited by his brief, from so much of a further order of the same court, dated December 17, 1974, as, upon reargument, adhered to the original determination. Appeal from order dated November 21, 1974 dismissed as academic. That order was superseded by the order dated December 17, 1974. Order dated December 17, 1974 affirmed insofar as appealed from. Respondents are awarded one bill of $20 costs and disbursements to cover both appeals. In our opinion, there was no abuse of discretion by Special Term in refusing to increase the *ad damnum* clause and remove the action to the Supreme Court. Rabin, Acting P. J., Martuscello, Latham, Margett and Munder, JJ., concur.

■ Alfred Lawrence, Respondent-Appellant, v Joseph Greenstein, Appellant, and Marciano Vientos et al., Respondents. (And a Third-Party Title.)—In a negligence action to recover damages for personal injuries, (1) defendant Joseph Greenstein appeals, as limited by his brief, from so much of a judgment of the Supreme Court, Kings County, dated June 10, 1974, and made after a jury trial on the issue of liability only, as is against him and (2) plaintiff cross-appeals from so much of the same judgment as is in favor of defendants Vientos and Santiago and against him. Judgment modified, on the law, on the facts and in the interest of justice, by deleting therefrom the first, fifth and sixth decretal paragraphs. As so modified, judgment affirmed insofar as appealed from. Action remanded to Trial Term for a new trial (1) as between plaintiff and defendants Vientos and Santiago on the issue of liability and (2) on the cross claim of defendant Greenstein against defendants Vientos and Santiago. Costs are awarded to plaintiff as against defendant Greenstein. As between plaintiff and defendants Vientos and Santiago, costs are awarded to abide the event of the new trial. The verdict in favor of defendants Vientos and Santiago was against the weight of the evidence. Gulotta, P. J., Rabin, Martuscello, Latham and Shapiro, JJ., concur.

■ Lenore Leslie, Respondent, v Philip Leslie, Appellant.—The respective attorneys for the parties to this appeal from an order of the Supreme Court, Westchester County, dated August 15, 1975, have agreed, after a conference in this court before Mr. Justice Gittleson on November 7, 1975, that the appeal be withdrawn and that the case proceed to trial on December 1, 1975, and they thereupon signed a stipulation to such effect. In accordance with the foregoing, the appeal is deemed withdrawn, without costs, and it is ordered that the case proceed to trial on December 1, 1975. Gulotta, P. J., Rabin, Hopkins, Martuscello and Latham, JJ., concur.